**FILED**
FEB 22 2010
Clerk, U.S. District and
Bankruptcy Courts

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TYRONE JULIUS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>LAKENDRA MCNAIR, )<br>)<br>Defendant. ) | Civil Action No. **10 0273** |

## MEMORANDUM OPINION

This matter comes before the court on plaintiff's application to proceed *in forma pauperis* and *pro se* civil complaint. The court will grant the application, and dismiss the complaint.

Rule 8(a) of the Federal Rules of Civil Procedure requires that a complaint contain a short and plain statement of the grounds upon which the court's jurisdiction depends, a short and plain statement of the claim showing that the pleader is entitled to relief, and a demand for judgment for the relief the pleader seeks. Fed. R. Civ. P. 8(a). The purpose of the minimum standard of Rule 8 is to give fair notice to the defendants of the claim being asserted, sufficient to prepare a responsive answer, to prepare an adequate defense and to determine whether the doctrine of *res judicata* applies. *Brown v. Califano*, 75 F.R.D. 497, 498 (D.D.C. 1977).

Plaintiff's complaint sets forth no facts at all, and utterly fails to comply with the minimal requirements of Rule 8(a). Neither the court nor the defendant can discern the nature or basis of plaintiff's claim, and the basis of the court's jurisdiction is unclear. As drafted, the complaint fails to comply with Rule 8(a), and, accordingly, the complaint will be dismissed. An Order consistent with this Memorandum Opinion will be issued on this same date.

Date: Jan. 29, 2010

United States District Judge